PD-0077-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/3/2015 5:23:46 PM
Accepted 6/4/2015 8:06:49 AM
ABEL ACOSTA
CLERK

No. PD-0077-15

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

STEVEN COLE,                                                Appellant

V.

STATE OF TEXAS,                                            Appellee

Appeal from Gregg County

\* \* \* \* \*

**STATE'S REQUEST FOR ORAL ARGUMENT**

\* \* \* \* \*

Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300

P. O. Box 13046
Austin, Texas 78711
information@spa.texas.gov
512/463-1660 (Telephone)
512/463-5724 (Fax)

No. PD-0077-15

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

STEVEN COLE,                                                    Appellant

V.

STATE OF TEXAS,                                                  Appellee

* * * * *

**STATE'S REQUEST FOR ORAL ARGUMENT**

* * * * *

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The State requests oral argument in this case and would show the Court the following:

TEX. R. APP. P. 75.2 states, "If a case is not designated for oral argument but counsel desires oral argument, counsel may–within 30 days of the date of the clerk's notice–petition the Court to allow oral argument. This petition must contain specific reasons why oral argument is desired."

The State's petition for discretionary review was accepted for filing on February 20, 2015. The State did not originally request oral argument but now believes it is necessary. It's Brief on the Merits is being filed contemporaneously with this motion,

and it also requests oral argument.

Oral argument is necessary because this case involves the same issue as *State v. Villarreal,* __S.W.3d__ No. PD-0306-14 (Tex. Crim. App. 2014) (reh'g granted). The petition in this case was filed before rehearing was granted in *Villarreal.* In addition, this case presents a ground that this Court has not previously granted–the applicability of TEX. CODE CRIM. PROC. art. 38.23 to this issue. For these reasons, oral argument would be helpful both in this case and for the Court's reconsideration of *Villarreal.*

WHEREFORE, the State prays that this Court grant its request for oral argument.

Respectfully submitted,

/s/ Lisa C. McMinn
Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300

P.O. Box 13046
Austin, Texas 78701
information@spa.texas.gov
512/463-1660 (Telephone)
512-463-5724 (Fax)

## CERTIFICATE OF SERVICE

A copy of the foregoing State's Request for Oral Argument has been e-served or e-mailed on this the 3rd day of June, 2015 to:

Zan Colson Brown
Assistant District Attorney
101 East Methvin, Suite 333
Longview, Texas, 75601
zan.brown@co.gregg.tx.us

Ebb Mobley
P.O. Box 2309
Longview, Texas 75606
ebbmob@aol.com

/s/ Lisa C. McMinn
Lisa C. McMinn
State Prosecuting Attorney